CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

MATTHEW SOULE (SBN: 2402)
soulelaw@yahoo.com
Attorney for Defendant
Golden G.M.B., Inc

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOPEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GOLDEN G.M.B., INC., a California Corporation;<br>HAVASOV, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.:  2:17-CV-00002-MWF-E<br><br>**JOINT NOTICE OF SETTLEMENT** |

Joint Notice of Settlement　　　　　-1-　　　　　2:17-CV-00002-MWF-E

1
2
3

The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

4
5
6
7
8
9

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

10  Dated: March 17, 2017              CENTER FOR DISABILITY ACCESS

11
12                                     By: /s/ Phyl Grace
                                           Phyl Grace
13                                         Attorneys for Plaintiff

14  Dated: March 17, 2017

15                                     By: /s/ Matthew Soule
                                           Matthew Soule
16                                         Attorney for Defendant
                                           Golden G.M.B., Inc.
17
18
19
20
21
22
23
24
25
26
27
28

1 **SIGNATURE CERTIFICATION**

2

3 Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and
4 Procedures Manual, I hereby certify that the content of this document is acceptable to
5 Matthew Soule, counsel for Golden G.M.B., Inc., and that I have obtained Mr. Soule's
6 authorization to affix his electronic signature to this document.

7

8 Dated: March 17, 2017                CENTER FOR DISABILITY ACCESS

9
                                       By: /s/ Phyl Grace
10                                          Phyl Grace
                                            Attorney for Plaintiff
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28