UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 17-2-MWF(Ex)**                                Dated: **March 20, 2017**

Title:      Michael Lopez -v- Golden G.M.B., Inc., et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

 Cheryl Wynn         None Present
 Relief Courtroom Deputy     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:

 None Present         None Present

PROCEEDINGS (IN CHAMBERS):  COURT ORDER

  In light of the Notice of Settlement filed March 17, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **May 15, 2017 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

  **IT IS SO ORDERED.**

MINUTES FORM 90            Initials of Deputy Clerk __cw__
CIVIL - GEN