1  CENTER FOR DISABILITY ACCESS
   Raymond G. Ballister, Jr. SBN 111282
2  Mark Potter, SBN 166317
3  Phyl Grace, Esq., SBN 171771
   Dennis Price, SBN 279082
4  9845 Erma Road, Suite 300
   San Diego, CA 92131
5  (858) 375-7385
   (888) 422-5191 fax
6  mark@potterhandy.com
   Attorneys for Plaintiff
7
   MATTHEW SOULE (SBN: 108656)
8  soulelaw@yahoo.com
   Attorney for Defendant
9  Golden G.M.B., Inc

10              UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA

12  MICHAEL LOPEZ,                    | Case: 2:17-CV-00002-MWF-E
13         Plaintiff,
14  v.                                | **JOINT STIPULATION FOR**
                                      | **DISMISSAL PURSUANT TO**
15                                    | **F.R.CIV.P. 41 (a) (1) (A) (ii)**
16  GOLDEN G.M.B., INC., a
    California Corporation;
17  HAVASOV, INC., a California
    Corporation; and Does 1-10,
18
19         Defendants,

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: April 24, 2017          CENTER FOR DISABILITY ACCESS

                               By: /s/ Phyl Grace
                                   Phyl Grace
                                   Attorneys for Plaintiff


Dated: April 24, 2017

                               By: /s/ Matthew Soule
                                   Matthew Soule
                                   Attorney for Defendant
                                   Golden G.M.B., Inc.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Matthew Soule, counsel for Golden G.M.B., Inc., and that I have obtained Mr. Soule's authorization to affix his electronic signature to this document.

Dated: April 24, 2017    CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

3

Joint Stipulation for Dismissal    Case: 2:17-CV-00002-MWF-E